## UNITED STATES DISTRICT COURT

### DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2016 APR 12 P 3: 50

BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:16-cr-00034-JAW |
| LAURA LYONS | ) | |
| | ) | 21 U.S.C. § 856(a)(1) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning on a date unknown, but not later than January 1, 2014, and continuing until December 31, 2014, in the District of Maine, defendant

### LAURA LYONS

knowingly rented, used and maintained, permanently or temporarily, a residence located at 979 Essex Street, Lot #78 in Bangor, Maine, for the purpose of unlawfully distributing and using heroin, a Schedule I controlled substance, and did aid and abet such conduct, in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 856(b) apply to the conduct described herein.

January 6, 2016

_____
Joel B. Casey
ASSISTANT UNITED STATES ATTORNEY